IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| | : | |
| STONE FOX CAPITAL LLC, | : | |
| | : | |
| Debtor . | : | |
| | : | Chapter 11 |

# NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, James H. Joseph, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

JOSEPH LAW OFFICES PLLC

By: /s/ James H. Joseph
James H. Joseph
3 Shadow Lane
Pittsburgh, PA 15238-2117

412.491.4440

I.D. 05704 PA

**PAWB Local Form 29 (07/13)**

James H. Joseph
3 Shadow Lane
Pittsburgh, PA 15238-2117

James B. Joseph
3 Shadow Lane
Pittsburgh, PA 15238-2117

Forest Highlands Community Association
ACRI Commercial Realty, Inc.
290 Perry Highway
Pittsburgh, PA 15229

Allegheny Valley School District
Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Township of Harmar
James R. Dipalma, Tax Collector
P.O. Box 294
Cheswick, PA 15024

Allegheny Valley School District
Patricia A. Janoski, Tax Collector
P.O. Box 294
Cheswick, PA 15024

County of Allegheny
Jordan Tax Service, Inc.
P.O. Box 200
Bethel Park, PA 15012-0200

County of Allegheny
John K. Weinstein, Treasurer
P.O. Box 643385
Pittsburgh, PA 15264-3385

There are no other creditors